# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Julian Soto Chavez,

    Plaintiff(s),　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　　3:08-cv-164

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2010 Order.

Signed: September 30, 2010

Frank G. Johns, Clerk
United States District Court